# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC WILLIAM BAEZ,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 73792

**FILED**

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for substitution of counsel. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Stefany Miley, District Judge
Eric William Baez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender